Timothy A. Chandler, State Bar No: 70243
The Chandler Law Firm PLLC
110 West C Street Suite 1300
San Diego, California 92101
Telephone: (619) 645-5245
Facsimile: (619) 334-7070

James P. Chandler, Admitted Pro Hac Vice
The Chandler Law Firm PLLC
1776 K Street N.W. Suite 800
Washington, D.C. 20038-7457
Telephone: (202) 296-8484
Facsimile: (202) 296-4098

Priority ____
Send ____
Enter ____
Closed  X
JS-5/JS-6 ____
JS-2/JS-3 ____
Scan Only ____

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES C. PIERRO III. | Case No. CV09-02312CAS(JWJx) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| vs. | |
| SPIEGEL DEVELOPMENT, INC., a California corporation; NEW HOMES MORTGAGE, INC.; a California corporation; ASSET FORECLOSURE SERVICES, INC., a California corporation; DAVID SPIEGEL, an individual; JIM BREWER, an individual; and DOES 1 to 10, inclusive | |
| Defendants. | |

### ORDER

Plaintiff James C. Pierro, III, and Defendants Spiegel Development, Inc., New Homes Mortgage, Inc., David Spiegel, and Jim Brewer, (collectively, "Defendants"), entered into a Stipulation for Dismissal which was filed in this case. The Court, having considered the parties' Stipulation for Dismissal, and good cause appearing, the above-captioned action is dismissed with prejudice. The Court

1

retains jurisdiction over this action for the purpose of enforcing the Settlement Agreement and Mutual Release entered into between the parties.

DATED: _August 22_ 2012

_Christina A. Snyder_
Honorable Christina A. Snyder
UNITED STATES JUDGE

2